# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| ALICE ALBERSTADT, | : | No. 60 WM 2020 |
| | : | |
| Respondent | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| WILLIAM J. ALBERSTADT, | : | |
| | : | |
| Petitioner | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 31st day of July, 2020, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is GRANTED.  Petitioner has 30 days from this order in which to submit his Petition for Allowance of Appeal.